SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>       Plaintiff,<br><br>   vs.<br><br>Taqueria Taco Loco, Inc., et al,<br><br><br>       Defendants | Case No.: CIV.S 08-cv-02551-GEB-GGH<br><br>**STIPULATED DISMISSAL OF MICHAEL J. WIECHERS; ROBIN L. WIECHERS AND ORDER**<br><br>Complaint Filed: OCTOBER 27, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

   **IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendants (Michael J. Wiechers; Robin L. Wiechers) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.  Defendants (Michael J. Wiechers; Robin L. Wiechers) are dismissed because Plaintiff and these Defendants have settled their dispute.

1  Dated: December 18, 2008              /s/Scott N. Johnson_____
2                                         SCOTT N. JOHNSON
                                          Attorney for Plaintiff
3

4  Dated: December 22, 2008              /s/Cris C. Vaughan_____
5                                         CRIS C. VAUGHAN
                                          Attorney for Defendants,
6                                         MICHAEL J. WIECHERS;
                                          ROBIN L. WIECHERS
7

8  **IT IS SO ORDERED**.
9
10 DATED:  January 6, 2009

11

12                                        _____
13                                        GARLAND E. BURRELL, JR.
                                          United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28