IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                                 No. CIV S-08-2551 GEB GGH

 vs.

TAQUERIA TACO LOCO, et al.,

        Defendants.                               ORDER

_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on November 12, 2009. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The November 12, 2009 hearing on the motion for default judgment, filed October 14, 2009, is vacated; and

        2. The motion is submitted on the record.

DATED: November 12, 2009      /s/ Gregory G. Hollows

                                                             U. S. MAGISTRATE JUDGE

GGH:076:Johnson2551.vac.wpd

1