IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                    )
                                     )      2:08-cv-02551-GEB-GGH
                Plaintiff,           )
                                     )      ORDER RE: SETTLEMENT
           v.                        )      AND DISPOSITION
                                     )
                                     )
TAQUERIA TACO LOCO, INC.,            )
individually and d/b/a Taqueria      )
Taco Loco,                           )
                                     )
                Defendant.           )
_____)

On November 12, 2009, Plaintiff filed a Notice of Settlement in which Plaintiff states "the parties have settled this action." Therefore, a dispositional document shall be filed no later than December 2, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated:  November 13, 2009

GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28